535 U.S. 1067
 HUERTA-MENDOZA
v.
UNITED STATES;
RAMIREZl-LANDERO
v.
UNITED STATES;
ROBLES-ROBLES
v.
UNITED STATES;
SANDOVAL-ENRIQUEZ
v.
UNITED STATES;
PULIDO-MORENO
v.
UNITED STATES; and
MARTINEZ
v.
UNITED STATES.
 No. 01-9435.
 Supreme Court of the United States.
 May 13, 2002.
 
 1
 C. A. 9th Cir. Certiorari denied. Reported below: 22 Fed. Appx. 893 (first judgment); 25 Fed. Appx. 658 (second judgment); 25 Fed. Appx. 659 (third judgment); 22 Fed. Appx. 895 (fourth judgment); 23 Fed. Appx. 880 (fifth judgment); 23 Fed. Appx. 824 (sixth judgment).